United States Of America
United States Courts
127 U.S Courts
201 S. Vine St
Urbana, Il 61802-9919

Vs

10-12-22

Phouthasone Champanine
333 S. Franklin St
D.O.B 3-24-86
Decatur, Il 62523
Case # 2:22-CR-20019-CSB-EI
1,2

FILED
OCT 17 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## Motion To Request New Counsel
## Due To Ineffective Counsel

I Phouthasone Champanine, "D.O.B" 3-24-86 humbly comes before the court to ask for new representation of counsel due to ineffective counsel issues. I have not recieved any of my court documents as far as my discovery, He has no direct communication with me. He doesn't keeps his visits with me, or keeps me up to date with my court proceeding. I haven't recieved any correspondence with him concerning my guidelines I have been incarcerated 6 months I have never met him in person, and has only spoken to him twice. I have no idea whats going on with me in the courts. I pray the courts grant this motion in my favor so that I may move forward with sufficent counsel.

Sincerely

Phouthasone Champanine

"OFFICIAL SEAL"
MEGHAN D MOREY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04-02-2023

Meghan D Morey
10/14/22

Can you please enter this motion on my behalf and get copies to the right parties? Please and thank you.

Also can you please send me a copy back to let me know the motion has been filed

Respectfully,

*[signature]*

Phouthasone Champanine 98585
333 S. Franklin
Decatur, IL 62523

Legal Mail

Clerk of the
United States Courts
127 U.S. Courthouse
201 S. Vine St.
Urbana IL 61802-3369ᶦᶦᶦ

CHAMPAIGN IL 618
15 OCT 2022 PM 5 L

